**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-1561**

───────────

JOHN PAUL TURNER,

Plaintiff - Appellant,

versus

PUBLISHER, DAILY NEWS-RECORD,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-02-503-7)

───────────

Submitted:  July 3, 2002          Decided:  August 7, 2002

───────────

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

John Paul Turner, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Paul Turner, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000) and denying his motion for reconsideration and to amend. We have reviewed the record and the district court's orders and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Turner v. Publisher, No. CA-02-503-7 (W.D. Va. Mar. 14 & Apr. 11, 2002). We deny the petition for writ of error coram nobis filed July 15, 2002, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED